# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>BLUMINT, LLC, a California corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-05616-JAK (ASx)<br><br><br>Judgment<br><br><br>JS-6 |

It is hereby ordered and adjudged that Plaintiff ANTHONY BOUYER shall have JUDGMENT in his favor in the amount of $4,538.00 against Defendant BLUMINT, LLC, a California corporation, ("Defendant") for Defendant's violation of the ADA, 42 U.S.C. § 12181, *et. seq.*, as follows:

(1) Defendant and its agents, employees, and successors, are permanently enjoined from violating Title III of the Americans with Disabilities Act (the "ADA"), 42 U.S.C. §§ 12101 *et seq.* and California's Unruh Civil Rights Act (the "Unruh Act"), Cal. Civ. Code §§ 51 *et seq.* with respect to the property located at 7601 Vineland Avenue, Sun Valley, CA 91352.

(2) Statutory damages in the amount of $4,000.00 pursuant to Cal. Civ. Code § 52(a).

(3) Costs in the amount of $538.00.

Plaintiff's request for attorney's fees in this case has been withdrawn.

**IT IS SO ORDERED.**

DATED:  September 26, 2024

_____
John A. Kronstadt
United States District Judge

1